Motion GRANTED. Reset for 5/25/10 at 2:00 p.m.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA KOSLOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3-10-0240 |
| ) | Judge Trauger |
| ALARA FRANKLIN CORP. and RAM ) | |
| PARTNERS, LLC, ) | Jury Demand |
| ) | |
| Defendants. ) | |

## MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

Counsel for Defendants ALARA Franklin Corp. and RAM Partners, LLC, (hereinafter "Defendants") respectfully requests that this Court reschedule the Initial Case Management Conference in this case, which is currently set for June 7, 2010, at 2:30 p.m. In support of this motion Counsel for Defendants submits the following:

1. Counsel for Defendants has conferred with counsel for plaintiff, who has no objection to this motion.

2. Counsel for Defendants has a personal conflict from 11:00 a.m. until the early evening on June 7 and that is the reason for the requested postponement.

3. Counsel for Defendants is available at 8:00, 9:00, or 10:00 a.m. on June 7 and is available anytime May 25-28, which is the week before June 7.

4. Counsel for Defendants has learned that counsel for Plaintiff also are available during the aforementioned times and dates.

5. Counsel for Defendants apologizes to the Court and to counsel for Plaintiffs for having to make this request and to burden the time of the Court and counsel for Plaintiffs with this request.