# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA KOSLOSKI, ) | |
| ) | |
| Plaintiff, ) | Case No.: 3-10-0240 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| ALARA FRANKLIN CORP. and ) | |
| RAM PARTNERS, LLC, ) | Jury Demand |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF REFERRAL FOR MEDIATION

Magistrate Judge E. Clifton Knowles is appointed Mediator in the above case. The parties have agreed to this Mediator and to a Mediation Date of Oct. 7, 2010 beginning at 10 a.m.

Each party and their counsel will be bound by the Rules for Mediation at LR 16.05 and Appendix 1(b).

The Plaintiff and an employee representative of Defendant RAM with authority to settle the case shall be present in person for the Mediation.

**It is so ordered.**

_____
**ALETA A. TRAUGER,**
**United States District Judge**