UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PATRICIA KOSLOSKI** | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0240 |
| | ) Magistrate Judge Knowles |
| **ALARA FRANKLIN CORP., et al.** | ) |

<u>**O R D E R**</u>

A telephone conference is set for **Monday, October 4, 2010, at 3:00 p.m.** Counsel for the Plaintiff shall initiate the call to the Court at 615-736-7344.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge