IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA KOSLOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0240 |
| ) | Judge Trauger |
| ALARA FRANKLIN CORP., RAM PARTNERS, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

The court has been informed that the parties settled this case in mediation with Magistrate Judge Knowles on this date. It is hereby **ORDERED** that the parties shall file an agreed order of dismissal or settlement document within twenty-one (21) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 7th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge